UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

I.G.I., a minor, and next friend M.G.L.,

Plaintiff,

v.

KRISTI NOEM, Secretary Department of
Homeland Security, et al.,

Defendants.

Civil Action No. 25-3898

## MOTION FOR EXTENSION OF TIME AND
## TO SET A BRIEFING SCHEDULE

Defendants Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services, Joseph B. Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services ("USCIS"), Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), Kenneth Genalo, in his official capacity as Acting Executive Associate Director of ICE Enforcement and Removal Operations, and Scott Ladwig, in his official capacity as Acting Director, ICE New Orleans Field Office, by and through their undersigned counsel, respectfully move for an extension of time until December 1, 2025 to file their combined response to Plaintiff's motion for a preliminary injunction ("Pl.'s Mot.," ECF No. 10) and a motion to dismiss the Complaint in this action (ECF No. 1). This is Defendants' first extension of time in this matter. Defendants' response is currently due on November 17, 2025. Pursuant to Local Civil Rule 7(m), Plaintiff, through counsel, indicates that while he consents to an extension of time until December 1, 2025, for the Government to respond to the motion for a

preliminary injunction, he does not agree to a combined briefing schedule or the schedule proposed below.[1] The grounds for this motion are set forth below.

Plaintiff I.G.I, identified as a minor child, along with his next friend and father, M.G.L., bring this action seeking declaratory and injunctive relief challenging I.G.I.'s expedited removal from the United States to his home country of Guatemala on May 21, 2025. *See generally* Compl.; Pl.'s Mot. Plaintiff contends that his removal violates the Immigration and Nationality Act ("INA"), the Trafficking Victims Protection Reauthorization Act ("TVPRA"), the Administrative Procedure Act ("APA"), and the Fifth Amendment's Due Process Clause. *See* Compl. at 16-21.

Although Plaintiff was removed from the United States more than six months ago, on November 10, 2025, Plaintiff initiated the instant action and filed the subsequent motion for extraordinary relief the same day. Upon the Government's reading of the allegations in Plaintiff's complaint and as recounted in his motion for a preliminary injunction, there is no immediate urgency to Plaintiff's requested relief (i.e., facilitating his return of Plaintiff to the United States, *see* Compl. at 21) considering the time that has lapsed from Plaintiff's removal to the filing of his materials in this action.

Due to the lapse in appropriations, the undersigned counsel for Defendants was furloughed during the Government shutdown and was assigned to this matter upon return to the office. In addition to needing time to get up to speed with the allegations in this case, confer with the agencies

---

[1]     Counsel for Plaintiff proposed to the undersigned that Plaintiff's reply to the preliminary injunction be filed on December 5, 2025, although the Local Civil Rules do not contemplate a right of reply on such a motion. In addition, counsel for Plaintiff indicated that Plaintiff would be amenable to the Court holding a hearing on the preliminary injunction during the week of December 8, but for the reasons set forth herein, the Government respectfully requests that the Court enter the schedule proposed below, which contemplates a prompt briefing schedule while still affording the parties and the Court the opportunity to present the issues raised in a thoughtful and efficient manner.

involved in the underlying claims, and allow sufficient time to draft and review Defendants' draft response, undersigned counsel returned to a significant backlog of deadlines that occurred during the shutdown and is working through recalculating dozens of deadlines in other matters. At present, Defendants anticipate raising threshold jurisdictional arguments that render Plaintiff's request for injunctive relief untenable, but that also dispose of this action in its entirety. Thus, in addition to opposing Plaintiff's preliminary injunction motion, Defendants intend to move to dismiss the Complaint, and request that the Court adopt the proposed combined briefing schedule that provide Defendants ample time to brief this in a fulsome manner. This proposed course of action will also conserve resources for the parties and the Court as it will provide the Court the opportunity to consider these arguments at once, instead of requiring piecemeal and cumulative briefing on overlapping issues. Defendants therefore propose the following schedule:

- Defendants' combined motion to dismiss and opposition to Plaintiff's motion for a preliminary injunction due on December 1, 2025.

- Plaintiff's opposition to Defendants' motion to dismiss due on December 15, 2025.

- Defendants' reply in further support of their motion to dismiss: December 22, 2025.

This schedule contemplates that the parties will finish briefing both the pending motion and an anticipated motion to dismiss before the holidays. Defendants also propose that should the Court wish to set this matter for a hearing, Defendants are available at the Court's convenience after January 1, 2026. Defendants propose this extension in good faith and not for the purpose of delay. Granting the requested extension will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, and draft its response to Plaintiff's motion for a preliminary injunction and their motion to dismiss. The proposed briefing schedule also accounts for

undersigned counsel's travel between November 14 through November 24, 2025, which will limit counsel's availability during this time.

WHEREFORE, Defendants respectfully request that the deadline to file their combined response and motion to dismiss be extended through and including December 1, 2025. A proposed order is enclosed herewith.

Dated: November 14, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Brenda González Horowitz
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
DHRUMAN Y. SAMPAT
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Main: (202) 252-2500

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

I.G.I., a minor, and next friend M.G.L.,

       Plaintiff,

     v.

KRISTI NOEM, Secretary Department of
Homeland Security, et al.,

       Defendants.

Civil Action No. 25-3898

**[PROPOSED] ORDER**

    Upon consideration of Defendants' motion for extension of time and to set a briefing schedule, it is hereby ORDERED that the following schedule shall govern future proceedings in this matter.

    Defendants shall file their combined motion to dismiss and opposition to Plaintiff's motion for a preliminary injunction on or before December 1, 2025. It is further ORDERED that Plaintiff shall file a opposition on or before December 15, 2025. It is further ORDERED that Defendants shall file their reply on or before December 22, 2025.

SO ORDERED.

_____
Dated

_____
United States District Judge