UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.G.I., a minor, and next friend M.G.L.,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 25-3898 (DLF) |

**DEFENDANTS' MOTION TO EXTEND CURRENT DEADLINES BY ONE DAY**

Defendants Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services, Joseph B. Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services, Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), Kenneth Genalo, in his official capacity as Acting Executive Associate Director of ICE Enforcement and Removal Operations, and Scott Ladwig, in his official capacity as Acting Director, ICE New Orleans Field Office, by and through their undersigned counsel, respectfully move this Court to extend the governing deadlines related to the preliminary injunction motion by one day. Defendants' opposition is currently due Monday, December 1, 2025. Granting this request would set the deadlines for Defendants' opposition deadline as December 2, 2025, and Plaintiff's reply deadline as December 6, 2025. The Court has already scheduled a hearing on the preliminary injunction motion for December 8, 2025, at 2:00pm. *See* Minute Order dated November 18, 2025. Defendants defer to the Court on whether rescheduling the motion hearing is necessary in light of this extension request. Pursuant to Local Civil Rule 7(m), Plaintiff consents the requested relief as it pertains to extending the briefing deadlines by one day. Plaintiff

however opposes rescheduling the hearing date for the motion. The grounds for this motion are set forth below.

Good cause supports Defendants' short request. Defendants are in the process of finalizing their papers to respond to Plaintiff's preliminary injunction motion, including working to confirm certain factual allegations and finalize agency declarations. However, the holiday week and various counsel being unavailable have delayed finalizing those papers. One extra business day will afford Defendants the necessary time to confirm outstanding information and finalize the brief for submission. Recognizing that the Court ordered that Plaintiff's reply be submitted by December 5, 2025, Defendants do not oppose the Court affording Plaintiff a commensurate one-day extension. Defendants are mindful that that December 6 is a Saturday, and very much regret proposing such deadline. Plaintiff graciously consented to this proposal. In sum, Defendants request this extension in good faith and are not seeking to delay these proceedings. Rather, Defendants seek to ensure that the Court has before it a fulsome record to rule on the pending motion.

\*   \*   \*

WHEREFORE, Defendants respectfully request that the existing deadlines be extended by one day. A proposed order is enclosed herewith.

Dated: November 28, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *s/ Dhruman Y. Sampat*
    DHRUMAN Y. SAMPAT
    NJ Bar No. 270892018
    BRENDA GONZÁLEZ HOROWITZ
    D.C. Bar No. 1017243
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    Main: (202) 252-2500

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.G.I., a minor, and next friend M.G.L.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, Secretary Department of Homeland Security, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-3898 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for extension of time, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that all deadlines have been extended by one day such that:

- Defendants' opposition to the preliminary injunction motion is due December 2, 2025; and

- Plaintiff's reply in further support of their preliminary injunction motion is due December 6, 2025.

SO ORDERED.

_____　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　DABNEY L. FRIEDRICH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge