AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| I.G.I., a minor, and next friend M.G.L., <br> *Plaintiff* <br> v. <br> Kristi Noem, Secretary Dept. of Homeland Security <br> *Defendant* | ) <br> ) <br> ) Case No. 25-3898 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff I.G.I., a minor, and next friend M.G.L.                                                                        .

Date:   11/25/2025

/s/ R. Tyler Kendrick
*Attorney's signature*

R. Tyler Kendrick (WA State Bar No. 55094)
*Printed name and bar number*

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
*Address*

RKendrick@perkinscoie.com
*E-mail address*

(206) 359-8000
*Telephone number*

(206) 359-9000
*FAX number*