AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| I.G.I | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-3898 |
| Noem | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff I.G.I, a minor, by and through his next friend and father, M.G.L.

Date: 12/02/2025

*Attorney's signature*

Emily Drinkwater, New York Bar No. 5742473
*Printed name and bar number*

Perkins Coie
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
*Address*

EDrinkwater@perkinscoie.com
*E-mail address*

(212) 262-6900
*Telephone number*

(212) 977-1649
*FAX number*