UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.G.I., a minor, by and through his next friend and father, M.G.L.,<br><br>*Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Defendants*. | No. 25-cv-03898 (DLF) |

## ORDER

For the reasons stated on the record in the Court's oral ruling during proceedings held on December 9, 2025, it is

**ORDERED** that the plaintiff's Motion for a Preliminary Injunction, Dkt. 10, is **DENIED**.

**SO ORDERED.**

December 10, 2025

DABNEY L. FRIEDRICH
United States District Judge