AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| I.G.I., a minor, by and through next friend M.G.L. ) <br> *Plaintiff* ) <br> v. ) <br> Noem et al. ) <br> *Defendant* ) | Case No.  1:25-cv-03898-DLF |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff I.G.I.

Date:  12/23/2025

*Stephanie E. Norton*
*Attorney's signature*

Stephanie Norton, NY Bar # 5205539
*Printed name and bar number*

1763 Columbia Road NW
Suite 175 #896645
*Address*

ellie@nipnlg.org
*E-mail address*

(202) 217-4742
*Telephone number*

(617) 227-5495
*FAX number*