UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>
I.G.I., a minor, and next friend M.G.L.,<br><br>
       Plaintiff,<br><br>
   v.<br><br>
MARKWAYNE MULLIN, Secretary<br>
Department of Homeland Security, et al.,<br><br>
       Defendants.
</td>
<td>Civil Action No. 25-3898 (DLF)</td></tr>
</table>

## DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Markwayne Mullin, in his official capacity as Secretary of Homeland Security, Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services, Joseph B. Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services ("USCIS"), David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement ("ICE"),[1] Marcos D. Charles, in his official capacity as Acting Executive Associate Director of ICE Enforcement and Removal Operations, and Scott Ladwig, in his official capacity as Acting Field Office Director, ICE New Orleans Field Office (collectively "the Government"), by and through undersigned counsel, respectfully submit this response to Plaintiff's notice of supplemental authority ("Notice") (ECF No. 57).

The Court should reject consideration of the decision in *Martinez-Andino v. Dep't Homeland Sec.*, Civ. A. No. 26-1208 (BAH), 2026 WL 1801137 (D.D.C. June 23, 2026). First, past being prologue, Plaintiff again fails to inform the Court that the temporary restraining order

---

[1] David Venturella is automatically substituted as a named party in place of his predecessor as Acting Director of ICE.  *See* Fed. R. Civ. P. 25(d).

expired after the plaintiff there failed to move for a preliminary injunction on a timely basis. *See* Min. Order (July 8, 2026). Defendants acknowledge that the *Martinez-Andino* court then went on to grant the preliminary injunction, 2026 WL 2140430 (D.D.C. July 25, 2026), but that was only after the court made factual conclusions that warranted the granting of extraordinary relief. But this Court previously declined engage with the factual representations made and declined to award preliminary relief. *See* Min. Order (Dec. 9, 2025).

Plaintiff directs the Court to the relief of facilitating return being available, *see* Pl's Not. at 2, but he ignores that the *Martinez-Andino* court ordered relief based on a preliminary finding that the plaintiff demonstrated a likelihood of success on several alleged due process violations. *See* 2026 WL 2140430, at *10-14. But Plaintiff here lacks the same due process rights, *see* Defs.' Mot. at 29-30 (ECF No. 50), and even if he had, he failed to show that there was prejudice by any purported violation, *see id*. at 30-31. Further distinguishing the two cases, Plaintiff here purports to be seeking return to only receive an order of voluntary departure and then return to his home on Honduras. *See* Defs.' Reply at 16-17 (ECF No. 53).

Moreover, Plaintiff mistakenly emphasizes that Mr. Martinez-Andino had submitted a sworn declaration attesting that the government had declined to provide him with access to counsel because, as Defendants have argued, Plaintiff has pleaded himself out of court when it comes to his allegations regarding access to counsel. *See* Defs' Mot. to Dismiss (ECF No. 50) at 28-29; Defs' Reply (ECF No. 53) at 20-21 (outlining Plaintiff's failure to amend his complaint to match his representation at preliminary injunction hearing).

Accordingly, *Martinez-Andino* is distinguishable to the case at hand and therefore does not provide for an apples-to-apples comparison here. The Court should see Plaintiff's attempt for

what it is—a request to relitigate a preliminary injunction that the Court previously denied and for this Court to ignore the record that Plaintiff has made here after failing to secure preliminary relief.

Dated:  August 5, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Dhruman Y. Sampat
DHRUMAN Y. SAMPAT
NJ Bar No. 270892018
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Main: (202) 252-2500

*Attorney for the United States of America*