UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.G.I., a minor, by and through his next friend and father, M.G.L.,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-3898 (DLF) |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(c), please withdraw the appearance of Margaret Ann McCallister (Bar No. 90027109) as counsel for Plaintiff I.G.I. Margaret will be departing from Ashurst Perkins Coie US LLP on August 21, 2026. Please take notice that Plaintiff will continue to be represented in this case by Jon B. Jacobs of Ashurst Perkins Coie US LLP.

Dated: August 20, 2026.

Respectfully submitted,

By: */s/ Margaret McCallister*

Margaret Ann McCallister
Bar No. 90027109
ASHURST PERKINS COIE US LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorney for Plaintiff*