**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| I.G.I., ET AL.,<br><br>*Petitioners,*<br><br>v.<br><br>NOEM, ET AL.,<br><br>*Respondents.* | **Civil Action No. 1:25-cv-03898**<br><br>**District Judge**<br>**Dabney L. Friedrich** |

**MOTION TO WITHDRAW APPEARANCE OF MALCOLM C. LLOYD**

NOW COMES MALCOLM C. LLOYD of the legal organization ACLU FOUNDATION OF LOUISIANA, who respectfully moves this Court for an Order allowing him to withdraw as counsel of record for the Petitioners, I.G.I., et al. Mr. Lloyd is leaving his employment with the ACLU Foundation of Louisiana. Other enrolled counsel for Plaintiffs will not change.

WHEREFORE, Malcolm C. Lloyd prays that this Court enter an Order permitting Malcolm C. Lloyd to withdraw as counsel for Petitioners in this proceeding.

Date: September 4, 2026

Respectfully submitted,

*/s/ Malcolm C. Lloyd*

Malcolm C. Lloyd (La. Bar No. 41573)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628
*Attorney for Petitioners*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on all counsel of record by using the CM/ECF system on the 4th day of September, 2026.

*/s/ Malcolm C. Lloyd*
Malcolm C. Lloyd