UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.G.I., a minor, by and through his next friend and father, M.G.L.,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-3898 (DLF) |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(c), please withdraw the appearance of Emily Drinkwater (Bar No. 5742473) as counsel for Plaintiffs. Emily will be departing from Ashurst Perkins Coie US LLP on October 2, 2026. Please take notice that Plaintiff will continue to be represented in this case by Jon B. Jacobs of Ashurst Perkins Coie US LLP.

Dated: October 1, 2026
New York, New York

Respectfully submitted,

ASHURST PERKINS COIE US LLP

*/s/ Emily Drinkwater*

Emily Drinkwater
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel: 212.262.6900
EDrinkwater@ashurstperkins.com

*Attorney for Plaintiffs*