UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

I.G.I., a minor, and next friend M.G.L.,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary
Department of Homeland Security, et al.,

Defendants.

Civil Action No. 25-3898 (DLF)

**JOINT STATUS REPORT**

In response to the Court's Order dated October 2, 2026 (ECF No. 61), Plaintiff I.G.I, through next friend M.G.L. ("Plaintiff"), Defendants Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, Joseph B. Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services, David Venturella, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement ("ICE"), Marcos Charles, in his official capacity as Executive Associate Director of ICE Enforcement and Removal Operations, and Brian Acuna, in his official capacity as Director, ICE New Orleans Field Office ("Defendants"), by and through their undersigned counsel, submit this joint status report.

Defendants continue to review the decision and determine whether resolution without further judicial intervention is possible. To permit the parties to continue exploring this possibility and perhaps even reach resolution, the parties propose that they be permitted to submit another

joint status report by December 9, 2026,[1] at which time they can provide the Court with an update on efforts to resolve this litigation or propose a schedule for further proceedings at that time.

Dated: November 2, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
NJ Bar No. 270892018
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Main: (202) 252-2500

*Attorneys for the United States of America*

ASHURST PERKINS COIE US LLP

By: *s/ Jon B. Jacobs*
Jon B. Jacobs, Bar No. 142249
jon.jacobs@ashurstperkins.com
Kerensa Gimre, Bar No. 1780406
kerensa.gimre@ashurstperkins.com
ASHURST PERKINS COIE US LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Ruben Tyler Kendrick, Bar No. 55094
tyler.kendrick@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200

[1] This proposed date accounts for AUSA Sampat's upcoming leave and AUSA González Horowitz's schedule as Deputy Chief.

Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Alletta S. Brenner, Bar No. 142844
alletta.brenner@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Stephanie Norton
Bridget Pranzatelli (D.C. Bar No. 90029726)
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW, Ste. 175 #896645
Washington, DC 20009
Tel: (504) 940-4777
bridget@nipnlg.org
ellie@nipnlg.org

Mary Yanik
Laila Hlass
TULANE IMMIGRANT RIGHTS CLINIC
6329 Freret Street, Suite 130
New Orleans, LA 70118
Tel: (504) 865-5153
myanik@tulane.edu
lhlass@tulane.edu